JAP:HLJ

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**M11-073**

- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

JESSICA LYNN DISLA,

          Defendant.

- - - - - - - - - - - - - - - - - -X

C O M P L A I N T

(21 U.S.C. §§ 952(a)
and 960)

EASTERN DISTRICT OF NEW YORK, SS:

    JOHN GAUDIOSO, being duly sworn, deposes and states
that he is a Special Agent of the United States Department of
Homeland Security, Homeland Security Investigations, duly
appointed according to law and acting as such.

    Upon information and belief, on or about January 24,
2011, within the Eastern District of New York and elsewhere,
defendant JESSICA LYNN DISLA did knowingly, intentionally and
unlawfully import into the United States from a place outside
thereof a substance containing cocaine, a Schedule II controlled
substance.

    (Title 21, United States Code, Sections 952(a) and
960).

The source of your deponent's information and the grounds for his belief are as follows:[1]

1.    On or about January 24, 2011, JESSICA LYNN DISLA arrived at John F. Kennedy International Airport ("JFK Airport") in Queens, New York, aboard Jet Blue Airlines Flight 834 from Santiago, Dominican Republic.

2.    Defendant JESSICA LYNN DISLA was selected for a Customs and Border Protection ("CBP") inspection. During routine questioning, the defendant was asked if a blue Charlie Sport bag and its contents were hers. She responded in the affirmative. During inspection of the baggage, CBP officers discovered two large mortars that were unusually heavy. The mortars were x-rayed and it was determined that organic material was inside. The defendant was taken to a private search area where the mortars were drilled. A white powdery substance was revealed to be inside the mortars, which field-tested positive for cocaine. A small decorative table that was also in the defendant's luggage was also drilled and also produced a white powdery substance, which field-tested positive for cocaine. The approximate gross weight of the cocaine from both the mortars and the decorative table is 4,950 grams.

---

[1]    Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause, I have not described all the relevant facts and circumstances of which I am aware.

2

WHEREFORE, your deponent respectfully requests that defendant JESSICA LYNN DISLA be dealt with according to law.


JOHN GAUDIOSO
Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations


Sworn to before me this
24th day of January, 2011


THE HONORABLE JOAN M. AZRACK
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK